

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Gabriel Louis Mendoza, Appellant

No. 06-13-00154-CR      v.

The State of Texas, Appellee

Appeal from the 283rd District Court of Dallas County, Texas (Tr. Ct. No. F12-55613-T). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that appellant pled not guilty to the offense of aggravated robbery with a deadly weapon. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Gabriel Louis Mendoza, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 23, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk